IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

COOPER RECYCLING, LLC )
)
    Plaintiff / Counter-Defendant, )
)
vs. ) CASE NO. 2:25-cv-00039
)
A-FINE SOLUTIONS, LLC )
)
    Defendant / Counter-Plaintiff.

## AGREED ORDER

The parties agree that all matters in controversy have been settled. The case shall be **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

IT IS SO ORDERED.

                                                           _____
                                                           WAVERLY D. CRENSHAW, JR.
                                                           United States District Judge